FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL K.,[1]<br><br>        Plaintiff,<br><br>  v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant. | No.   1:25-cv-3220-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties also agree that Plaintiff is entitled to reasonable attorney fees

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

ORDER - 1

and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to the Court.

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1. The parties' Motion for a Stipulated Remand, **ECF No. 13**, is **GRANTED.**

2. This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The remand pertains only to the time period prior to February 17, 2022, and the favorable portion of the claim will not be disturbed. On remand, the Appeals Council is to instruct the ALJ to:

   - Reevaluate the medical evidence, including but not limited to the opinions of Dr. Genthe and Dr. Schultz, and the residual functional capacity;

   - Offer Plaintiff the opportunity for a hearing;

   - Take any further action necessary to complete the administrative record; and

ORDER - 2

- Issue a new decision.

3.    The Clerk's Office shall **TERM** the hearing and Plaintiff's brief, **ECF No. 10**, enter **JUDGMENT** in favor of Plaintiff, and **CLOSE** the case.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of April 2026.

_____
EDWARD F. SHEA
Senior United States District Judge

ORDER - 3