AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MICHAEL K.

)
_Plaintiff_ )
v. )
FRANK BISIGNANO, )
Commissioner of Social Security )
)

Civil Action No.   1:25-cv-3220-EFS

_Defendant_

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Pursuant to the Court Order at ECF No. 14, the parties' Motion for a Stipulated Remand, ECF No. 13, is GRANTED.
This matter is REVERSED and REMANDED to the Commissioner of Social Security for further administrative
proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Edward F. Shea

Date:   4/16/2026

CLERK OF COURT

s/Sean F. McAvoy

*Signature of Clerk*